# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | § § § | **SUMMONS IN A CRIMINAL CASE** |
| vs. | § § | Case Number: WA:11-M-00942(1) |
| (1) CHERYL BEAULIEU<br>*Defendant* | § § | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below:

| Place:<br>U.S. MAGISTRATE COURT<br>Bldg. 5794, Tank Destroyer Blvd.<br>MG Williams Judicial Center<br>Fort Hood, Texas 76544 | Room: |
|---|---|
| | Date and Time:<br>11/30/2011 @ 9:00 a.m. |

Before:
Jeffrey C. Manske, UNITED STATES MAGISTRATE JUDGE

To answer a(n):
**X Information**

Charging you with a violation of Title **18** United States Code, Section(s) **641, 1382**.

Brief description of offense:

Ct. 1: Theft of Government Property
Ct. 2: Unlawful Entry

WILLIAM G. PUTNICKI, CLERK

Signature of Issuing Officer

Thomas L. Brace, Courtroom Deputy

Name and Title of Issuing Officer

10/13/2011

Date